**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DALLAS BUYERS CLUB, LLC,**

    **Plaintiff,**

                                                **CASE NO.: 8:14-cv-01354-SDM-EAJ**

v.

**DOE 8,**

    **Defendant.**

    _____ /

**VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Dallas Buyers Club, LLC, by and through undersigned counsel of record, hereby dismisses this action, with prejudice. Each party will bear its own attorneys' fees and costs.

DBC 6-8

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2014, a true and accurate copy of the foregoing was electronically filed with the Court. A copy of the foregoing will be served, via email, to: Megan Leffelman, Esquire, Antonelli Law, Ltd., 100 North LaSalle Street, Suite 2400, Chicago, IL 60602 (mleffelman@antonelli-law.com).

    s/ Catherine F. Yant
Richard E. Fee
Florida Bar No. 813680
Catherine F. Yant
Florida Bar No. 104852
IP ENFORCEMENT LAW GROUP P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 490-6050
(813) 490-6051 (Facsimile)
rfee@IPEnforcementLaw.com
cyant@IPEnforcementLaw.com

Counsel for Plaintiff,
Dallas Buyers Club, LLC